UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH § | |
| § | **CIVIL ACTION NO. 1:15-CV-1125-SS** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| RICHARD L. MATZ, JR. § | |
| § | |
| **Defendant** § | |

## AGREED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT WITH PREJUDICE

Plaintiff, Jon R. Deutsch, ("**Plaintiff**"), and Defendant, RICHARD L. MATZ, JR., ("**Defendant**") file this Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice, and would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved the issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendant from any further liability to Plaintiff arising out of this proceeding.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendant with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: April 1, 2016                    Respectfully submitted,

                                        THE ROSALES LAW FIRM, LLC

                                        By: /s/ *Omar W. Rosales*
                                        Omar W. Rosales

Federal I.D. No. 690657<br>
State Bar No. 24053450<br>
The Rosales Law Firm, LLC<br>
PO Box 6429<br>
Austin, Texas 78762-6429<br>
E-mail:  omar@owrosales.com<br>
Tel:  (512) 520-4919<br>
Fax:  (512) 309-5360

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF CONFERENCE

I, Omar W. Rosales, hereby certify that on March 30, 2016 I conferred with counsel for the Defendant on this matter, and the Defendant is AGREED to this Motion.

/s/ Omar W. Rosales

Omar W. Rosales

CERTIFICATE OF SERVICE

I, Omar W. Rosales, hereby certify that on April 1, 2016 an electronic copy of this filing was served upon all counsel of record via the TXW/USDC Electronic Case Filing System.  I also certify that an additional electronic copy was sent to the counsel for the Defendant via email.

/s/ Omar W. Rosales

Omar W. Rosales